CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

FEB 21 2008

JOHN F. CORCORAN, CLERK
BY: DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | |
|---|---|
| ANITA WILCHER, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 5:06CV00124 |
| ) | |
| v. ) | **FINAL ORDER** |
| ) | |
| MICHAEL J. ASTRUE, ) | By: Samuel G. Wilson |
| Commissioner of Social Security, ) | United States District Judge |
| ) | |
| Defendant. ) | |

This case was referred pursuant to 28 U.S.C. § 636(b)(1)(B) to the Honorable James G. Welsh, United States Magistrate Judge. The Magistrate Judge has filed a report recommending that an order be entered reversing the decision of the Commissioner, granting judgment to the plaintiff, and remanding the case to the Commissioner for calculation and payment of benefits. Objections to the report and recommendation have been filed, and the court, upon review of the record, is of the opinion that the report should be adopted. Accordingly, it is **ORDERED** and **ADJUDGED** that the final decision of the Commissioner is **REVERSED**, judgment is **GRANTED** to the plaintiff, the case is **REMANDED** to the Commissioner for calculation and payment of benefits, and this case is **ORDERED** stricken from the docket of the court.

ENTER: This February 21st, 2008.

_____
UNITED STATES DISTRICT JUDGE